# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Petitioner,

v.

Coty Wayne Decker,

      Respondents.

JUDGMENT

Case Number: 2:13-cr-00220-KJD-PAL-1

(Related case: 2:20-cv-01116-KJD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED. IT IS FURTHER ORDERED that defendant is denied a certificate of appealability.

05/16/2023                DEBRA K. KEMPI
Date                      Clerk

                                 /s/ L. Ortiz
                                 Deputy Clerk